new trial on the ground of surprise reversed and a new trial ordered, and judgment and order on minutes vacated upon payment of the costs of the trial by the defendants within twenty days; if such costs are paid, neither party to have costs of the appeal. In case the costs are not so paid, the orders and judgment are affirmed, with costs of appeal from judgment

Esther Y. McCarthy, Respondent, v. Eugene McCarthy, Appellant. — Judgment and orders affirmed, with costs of the appeal from the judgment only.

Charles W. Bardeen, Respondent, v. Alvin P. Chapin, Appellant. — Order affirmed, with ten dollars costs and disbursements.

David K. McCarthy, Dennis McCarthy and Thomas Emory, Respondents, v. Oliver S. Vreeland, Appellant. — Orders reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event.

Ira Rounds, Appellant, v. John Henderson, Respondent. — Judgment affirmed, with costs.

Jennie L. Baldwin, Appellant, v. Silas H. Walker and another, Respondents. — Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held*, that evidence of Olive D. Walker was improperly received. (See *Steele* v. *Ward*, 30 Hun, 555; *Matter of Hewitt*, 21 Week. Dig., 296; *Erwin* v. *Erwin*, 54 Hun, 166.)

Frances J. Coe, as Administratrix, etc., Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent. — Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held*, that the evidence presented questions of fact which should have been submitted to the jury.

George Alden, as Receiver, Appellant, v. Edward K. Clark, Respondent, Impleaded, etc. — Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal to the appellant, and demurrer to the first and second alleged defenses sustained.

Jonathan L. Watrous, Respondent, v. Richard C. Duell, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide the event, unless the respondent shall, within twenty days, stipulate to modify the judgment and order by deducting therefrom twenty dollars and forty-three cents, in which event the order and judgment, as so modified, are affirmed, without costs of the appeal to either party.

George Alden, as Receiver, etc., Appellant, v. John La Grange, Respondent, Impleaded, etc. — Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal to the appellant, and demurrer to the first and second defenses sustained.

John Hase, Respondent, v. J. Warren Kenyon, Appellant. — Judgment of the County Court

and judgment of the Justice' Court modified by deducting from the amount of damages awarded the sum of thirty-eight dollars and fifty-eight cents, and by striking out the costs awarded in the County Court, and, as so modified, affirmed, without costs of appeal in this court to either party.

William A. Curtin, Respondent, v. William E. Barton, Appellant. — Judgment affirmed, with costs; leave to appeal to the Court of Appeals granted on the ground that the case involves a question of law which ought to be reviewed by that court.

George Campbell, Respondent, v. Patrick Hannon, Appellant. — Judgment affirmed, with costs; leave to appeal to the Court of Appeals granted on the ground that the case involves a question of law which ought to be reviewed by that court.

Henry B. Sewell, Respondent, v. Aaron M. Lathrop, Appellant. — Order modified by striking out the words "with costs to abide the event" and inserting in lieu thereof the words "upon payment of the costs of the trial; if such costs are not paid within twenty days the motion for a new trial denied, with costs," and, as so modified, affirmed, without costs of the appeal to either party. (See *Bailey* v. *Park*, 5 Hun, 41; *Comstock* v. *Dye*, 13 id., 113; *Kelly* v. *Frazier*, 27 id., 314; *Roney* v. *Aldrich*, 44 id., 320.)

The People of the State of New York, Appellant, v. Charles Mason, Respondent. — Judgment reversed upon the exceptions and a new trial ordered, with costs to abide the event. *Held*, that the action was properly brought. (See Laws of 1889, chap. 577.)

Frederick Kingsbury, Respondent, v. Savillian F. Traffarn, Appellant. — Judgment affirmed, with costs.

Arlington D. Bassett, Appellant, v. Ralph Resseguie and Percy Davis, Respondents. — Judgment of the Justice's Court and County Court as to Resseguie affirmed, with costs, and as to Davis reversed, without costs of appeal in the County Court or this court.

Frank E. Gregory and William E. Gregory, Respondents, v. James W. Dean and Clarence W. Dean, Appellants. — Judgment affirmed, with costs.

Jacob Van Orman, Respondent, v. Maria Van Orman, Appellant. — Judgment affirmed, with costs.

James H. Bouton, Respondent, v. Thomas S. Smith, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. George W. Stoughtenburgh, Appellant. — Appeal dismissed. Followed. (*People* v. *Havens*, 3 Crim. Rep., 286.)

George Douglas, Respondent, v. Michael H. Callahan, Appellant. — Order affirmed, with ten dollars costs and disbursements.